# EISENBERG & CARTON

ATTORNEYS AT LAW
405 RXR PLAZA
UNIONDALE, NEW YORK 11556
TELEPHONE (516) 221-3700
FACSIMILE (516) 977-3337



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/21

September 22, 2021

**VIA ECF**

Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Adams v. Tutto Il Giorno NYC LLC, et ano.*,
              Case No. 1:21-cv-05284-AJN-KHP

Dear Judge Parker:

      This firm represents the Defendant Crosstown Realty Holdings LLC ("Crosstown") in the above-referenced matter. This letter is submitted jointly with Plaintiff's counsel, Gabriel Levy, Esq.

      As previously reported, Mr. Levy and I have been working to settle this case. We still expect to settle this case, though doing so is taking us a longer than hoped.

      Accordingly, so as to avoid unnecessarily taking the Court's time, and what we hope and expect will be unnecessary legal fees, Mr. Levy and I jointly request that the initial pretrial conference in this case currently scheduled for October 1, 2021, at 3:15 p.m. be adjourned one month to November 1, 2021 (or later as may be convenient for the Court). This is the first time on for the pretrial conference, and its adjournment will not affect any other dates in this matter.

      Crosstown's time to answer to the Complaint currently is due tomorrow, September 23, 2021. In light of the foregoing, Mr. Levy and I likewise jointly request that Crosstown's answer be extended an additional four weeks from tomorrow to October 21, 2021.    SO ORDERED.

      Crosstown's response to the Complaint arguably was originally due July 20, 2021. However, as explained in my August 11, 2021 letter to Your Honor, as also shown on the New York Secretary of State's cover letter submitted with my August 11 letter, the New York Secretary of State did not mail the Complaint to Crosstown until August 5, 2021, and Crosstown received it on August 9, 2021. In other words, Crosstown's time to respond to the Complaint arguably expired before the New York Secretary of State even mailed the Complaint to Crosstown. This is Crosstowns third request for an extension, and the requested extension will not affect any other dates in this matter.

Magistrate Judge Katharine H. Parker
September 22, 2021
Page 2

        Thank you for Your Honor's consideration.

Respectfully yours,

*/s/ Lloyd M. Eisenberg*

Lloyd M. Eisenberg

cc:

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
9/27/21