UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JOSHUA ADAMS, :
:
Plaintiff, :
: 21-cv-5284 (VSB)
-against- :
: **ORDER**
:
TUTTO IL GIORNO NYC LLC, et al., :
:
Defendants. :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

Due to a conflict on the Court's calendar, it is hereby:

ORDERED that the post-discovery conference scheduled for April 22, 2022 at 3:15 p.m. is adjourned to April 25, 2022 at 3:30 p.m. The dial-in number is 888-363-4749 and the conference code is 2682448.

SO ORDERED.

Dated: April 19, 2022
New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge