UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSHUA ADAMS,

                         Plaintiff,

            -against-                         21-cv-5284 (VSB)

                                              **ORDER**

CROSSTOWN REALTY HOLDINGS LLC,
et al.,

                        Defendants.
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Pursuant to my instructions at the April 25, 2022 post-discovery conference, it is hereby:

      ORDERED that the parties submit a joint status letter on or before May 25, 2022 identifying their status as to settlement and, if settlement is unsuccessful, the parties' discovery status and plans to engage in outstanding discovery.

SO ORDERED.

Dated: April 25, 2022
          New York, New York

                                                            Vernon S. Broderick
                                                            United States District Judge